**Paul Vernon SMITH, Plaintiff—Appellant,**

v.

**HOUCHENS INDUSTRIES, d/b/a Save–A–Lot, Defendant—Appellee.**

No. 07–1319.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2007.

Decided: Aug. 15, 2007.

Paul Vernon Smith, Appellant Pro Se. Wade Edward Ballard, Ford & Harrison, LLP, Spartanburg, South Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Vernon Smith seeks to appeal the magistrate judge's report and recommendation. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The magistrate judge's report and recommendation Smith seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*